1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
SHOPOFF CAVALLO & KIRSCH LLP
601 Montgomery Street, Suite 1110
San Francisco, CA 94111
Telephone: (415) 984-1975
Facsimile: (415) 984-1978

Attorneys for Plaintiff,
CollabRx, Inc.

Andrew N. Thomases (Bar No. 177339)
Henry Y. Huang (Bar No. 252832)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090

Attorneys for Defendant,
The Jackson Laboratory

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABRX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE JACKSON LABORATORY, a Maine non-profit corporation,<br><br>Defendant. | Case No. 3:16-cv-02838-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULES FOR PENDING MOTIONS**<br><br>(modified) |

**STIPULATION**

Plaintiff CollabRx, Inc. ("CollabRx") and Defendant The Jackson Laboratory ("JAX"), through their counsel, hereby stipulate and agree that:

WHEREAS, JAX filed a notice of removal of this action on May 26, 2016 (ECF No. 1);

WHEREAS, JAX filed a motion to dismiss CollabRx's Complaint on June 2, 2016, with a response due by June 16, 2016, a reply due by June 23, 2016, and a hearing date of July 7, 2016 (ECF Nos. 10-11);

WHEREAS, CollabRx filed a motion to remand on June 10, 2016, with a response due by June 24, 2016, a reply due by July 1, 2016, and a hearing date of July 28, 2016 (ECF No. 17);

WHEREAS, the parties have conferred and agreed to have both JAX's motion to dismiss and CollabRx's motion to remand heard at the same time on July 28, 2016, the currently noticed hearing date for CollabRx's motion to remand;

WHEREAS, the parties have agreed to brief both pending motions on the same schedule with new deadlines to accommodate planned vacations by counsel for both parties and the Independence Day holiday, while permitting the Court time to review the parties' submissions in advance of the currently scheduled July 28, 2016 hearing date;

WHEREAS, no prior time modifications have been requested or made in this case, no case schedule has been entered, and the parties' agreed time modifications would not affect any case schedule other than moving the currently noticed hearing date for JAX's motion to dismiss;

NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate, subject to the Court's approval, that JAX's motion to dismiss and CollabRx's motion to remand be heard at the same time on July 28, 2016 (or another date of the Court's choosing), that the deadline for oppositions to both pending motions be extended to July 1, 2016, and that the deadline for replies be extended to July 14, 2016.

**IT IS SO STIPULATED.**

1

2   Dated: June 14, 2016                    By    /s/ *Gregory S. Cavallo*

3                                                  Gregory S. Cavallo
                                                   SHOPOFF CAVALLO & KIRSCH LLP
                                                   Attorneys for Plaintiff
4                                                  COLLABRX, INC.

5                                                  /s/ *Andrew Thomases*
                                                   Andrew Thomases
6                                                  ROPES & GRAY LLP
                                                   Attorneys for Defendant
7                                                  THE JACKSON LABORATORY

8

9

10         In accordance with Local Rule 5-1, the filer of this document hereby attests that the

11  concurrence to the filing of this document has been obtained from the other signatories hereto.

12

13                                      **[PROPOSED] ORDER**

14         PURSUANT TO STIPULATION, IT IS SO ORDERED. Oppositions to both
    motions shall be filed by 7/1/16.  Replies shall be filed by 7/14/16.
15
    Dated: _____ The motion to remand remains to be heard on 7/28/16 at 1:30
16         p.m.  The 7/7/16 hearing          Edward M. Chen
                                             United States District Judge
17         on the motion to dismiss is vacated and to be reset if the

18         Court denies the motion to remand.

19

20

21                         IT IS SO ORDERED
                              AS MODIFIED
22

23                         Judge Edward M. Chen

24

25

26

27

28