| | |
|---|---|
| Jeffrey W. Shopoff (Bar No. 46278)<br>Gregory S. Cavallo (Bar No. 173270)<br>James M. Robinson (Bar No. 238063)<br>SHOPOFF CAVALLO & KIRSCH LLP<br>601 Montgomery Street, Suite 1110<br>San Francisco, CA 94111<br>Telephone: (415) 984-1975<br>Facsimile: (415) 984-1978<br><br>Attorneys for Plaintiff,<br>COLLABRX, INC. | Andrew N. Thomases (Bar No. 177339)<br>Henry Y. Huang (Bar No. 252832)<br>ROPES & GRAY LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Tel: (650) 617-4000<br>Fax: (650) 617-4090<br><br>Christine Ezzell Singer (*pro hac vice*)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 596-9208<br>Fax: (212) 596-9090<br><br>Attorneys for Defendant,<br>THE JACKSON LABORATORY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABRX, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE JACKSON LABORATORY, a Maine non-profit corporation,<br><br>　　　　　Defendant. | Case No. 3:16-cv-02838-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

Plaintiff CollabRx, Inc. ("CollabRx") and Defendant The Jackson Laboratory ("JAX"), through their counsel, hereby stipulate and agree that:

WHEREAS, at the July 28, 2016 hearing, the Court ordered CollabRx to file an amended complaint within 30 days (August 29, 2016) and asked that the parties meet and confer regarding the merits of the case;

WHEREAS, the parties began meeting and conferring immediately after the July 28 hearing and continue to do so;

WHEREAS, on August 29, 2016, CollabRx filed its First Amended Complaint;

WHEREAS, as part of the meet and confer process, the parties have agreed to conduct an informal Rule 408 exchange of information on September 23, 2016, with the possibility of future meetings regarding the parties' dispute;

WHEREAS, the parties have agreed to extend the time for JAX to respond to the First Amended Complaint (currently September 15, 2016), the initial case management conference (currently November 3, 2016), and corresponding pretrial and discovery deadlines, to allow time for the parties to review exchanged information and further evaluate the litigation; and

WHEREAS, one prior time modification has been requested and entered in this case (ECF Nos. 18, 19), no case schedule has been entered, and the parties' agreed time modifications would not affect any case schedule other than continuing the initial case management conference;

NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate, subject to the Court's approval, that JAX's deadline to answer or otherwise respond to the First Amended Complaint be extended to October 28, 2016, and the initial case management conference be continued to December 8, 2016.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 9, 2016 | By  /s/ *Gregory S. Cavallo*<br>Gregory S. Cavallo<br>SHOPOFF CAVALLO & KIRSCH LLP<br>Attorneys for Plaintiff<br>COLLABRX, INC. |
| | /s/ *Andrew Thomases*<br>Andrew Thomases<br>ROPES & GRAY LLP<br>Attorneys for Defendant<br>THE JACKSON LABORATORY |

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 09/15/2016

_____
Edward M. Chen
United States District Judge

*[Signature and seal: Judge Edward M. Chen, United States District Court, Northern District of California]*