Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
SHOPOFF CAVALLO & KIRSCH LLP
601 Montgomery Street, Suite 1110
San Francisco, CA 94111
Telephone: (415) 984-1975
Facsimile: (415) 984-1978

Attorneys for Plaintiff,
COLLABRX, INC.

Andrew N. Thomases (Bar No. 177339)
Henry Y. Huang (Bar No. 252832)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090

Christine Ezzell Singer (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 596-9208
Fax: (212) 596-9090

Attorneys for Defendant,
THE JACKSON LABORATORY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABRX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE JACKSON LABORATORY, a Maine non-profit corporation,<br><br>Defendant. | Case No. 3:16-cv-02838-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

Plaintiff CollabRx, Inc. ("CollabRx") and Defendant The Jackson Laboratory ("JAX"), through their counsel, hereby stipulate and agree that:

WHEREAS, on August 29, 2016, CollabRx filed its First Amended Complaint;

WHEREAS, on October 28, 2016, JAX filed a motion to dismiss CollabRx's First Amended Complaint, with a response due by November 14, 2016, a reply due by November 21, 2016, and a hearing date of December 15, 2016 (ECF No. 40);

WHEREAS, the Court has currently set the initial case management conference for December 15, 2016 (ECF No. 43);

WHEREAS, due to the parties' respective schedules for December and the potential efficiency of allowing the Court time to resolve JAX's motion to dismiss before proceeding with the initial case management conference and corresponding pretrial and discovery deadlines, the parties have agreed to extend the time for briefing and hearing on JAX's motion to dismiss and the initial case management conference;

WHEREAS, two prior time modifications have been requested and entered in this case (ECF Nos. 19, 38), no case schedule has been entered, and the parties' agreed time modifications would not affect any case schedule other than continuing the initial case management conference;

NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate, subject to the Court's approval, that: (1) CollabRx's response to JAX's motion to dismiss be due December 2, 2016; (2) JAX's reply be due December 20, 2016; (3) the hearing on JAX's motion to dismiss be continued to January 12, 2016; and (4) the initial case management conference be continued to February 9, 2016.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: November 10, 2016 | By  /s/ *Gregory S. Cavallo* |
| 2 | | Gregory S. Cavallo |
| | | SHOPOFF CAVALLO & KIRSCH LLP |
| 3 | | Attorneys for Plaintiff |
| | | COLLABRX, INC. |

Dated: November 10, 2016

By  /s/ *Gregory S. Cavallo*
Gregory S. Cavallo
SHOPOFF CAVALLO & KIRSCH LLP
Attorneys for Plaintiff
COLLABRX, INC.

/s/ *Andrew Thomases*
Andrew Thomases
ROPES & GRAY LLP
Attorneys for Defendant
THE JACKSON LABORATORY

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/14/16

Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*