Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
SHOPOFF CAVALLO & KIRSCH LLP
601 Montgomery Street, Suite 1110
San Francisco, CA 94111
Telephone: (415) 984-1975
Facsimile: (415) 984-1978

Attorneys for Plaintiff,
COLLABRX, INC.

Andrew N. Thomases (Bar No. 177339)
Henry Y. Huang (Bar No. 252832)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090

Christine Ezzell Singer (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 596-9208
Fax: (212) 596-9090

Attorneys for Defendant,
THE JACKSON LABORATORY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABRX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE JACKSON LABORATORY, a Maine non-profit corporation,<br><br>Defendant. | Case No. 3:16-cv-02838-EMC<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff CollabRx, Inc. ("CollabRx") and Defendant The Jackson Laboratory ("JAX"), through their counsel, hereby stipulate and agree that:

WHEREAS, CollabRx, Inc. filed its First Amended Complaint on August 29, 2016;

WHEREAS, CollabRx and JAX settled this matter on or about December 9, 2016;

THEREFORE, IT IS HEREBY STIPULATED by and between CollabRx and JAX through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A). The parties further stipulate that, except as set forth in the December 9, 2016 settlement agreement between them, the parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated: December 13, 2016      By   /s/ *Gregory S. Cavallo*
                                   Gregory S. Cavallo
                                   SHOPOFF CAVALLO & KIRSCH LLP
                                   Attorneys for Plaintiff
                                   COLLABRX, INC.

                                   /s/ *Andrew Thomases*
                                   Andrew Thomases
                                   ROPES & GRAY LLP
                                   Attorneys for Defendant
                                   THE JACKSON LABORATORY

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

```
IT IS SO ORDERED.  The Clerk of the Court is directed to vacate all
hearing dates and close this case.
_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE
```



STIPULATION OF DISMISSAL
Case No. 3:16-cv-02838-EMC